IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01836-PSF-CBS

WILKES McCLAVE, III,

    Plaintiff,

v.

WILLIAM I. STERETT, M.D.;
JASON W. FOLK, M.D.;
MARY ANN PORTER, P.A.;
STEADMAN HAWKINS CLINIC, a Professional L.L.C.; and
JOHN DOE, M.D.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulated Motion to Dismiss with Prejudice (Dkt. # 20) and being fully advised, hereby ORDERS that the above-captioned matter and all named defendants be dismissed with prejudice and without payment. The parties are to maintain their respective costs and attorney fees.

DATED:  August 12, 2005

                                                     BY THE COURT:

                                                     s/ Phillip S. Figa
                                                   _____
                                                   Phillip S. Figa
                                                   United States District Judge